CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Wilberto Jose Nava-Jimenez**<br>DOB: 1990; Venezuela | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 26 09369MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about June 11, 2026, in the District of Arizona, **Wilberto Jose Nava-Jimenez**, knowing or in reckless disregard that certain aliens, including Oscar Gomez-Hernandez and Antonio Valdez-Reyes, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about June 11, 2026, in the District of Arizona, **Wilberto Jose Nava-Jimenez**, knowing that certain illegal aliens, including Oscar Gomez-Hernandez and Antonio Valdez-Reyes, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 11, 2026, in the District of Arizona (Nogales), Border Patrol Agents (BPAs) assigned to the DISRUPT Unit at the Nogales Border Patrol station were conducting surveillance in the area of Pendleton Drive and Camino Oceano in Rio Rico, Arizona. DISRUPT agents utilize unmarked vehicles and wear plain clothes to blend in with the general populace to better identify individuals engaged in smuggling activities. While conducting surveillance, BPAs observed two individuals concealed within the brush. Rio Rico is frequently used by smugglers due to its proximity to the international border, dense brush for concealment, and its maze-like residential layout, which allows for staging and quick pickups before accessing major roadways such as Interstate 19 (I-19) and State Route (SR) 82. Individuals concealed in dense brush in this area are commonly associated with human smuggling activity, as smugglers utilize brush and concealment to hide illegal aliens from public view and law enforcement detection. Additionally, BPAs have previously apprehended illegal aliens in this area. At approximately 1:25 p.m., BPAs observed a black Ford Explorer, bearing Arizona license plate 61A131, driving slowly on Camino Oceano. The vehicle stopped near the location where the two individuals were concealed. BPAs then observed two individuals exit the brush and approach the Ford. The individuals entered the Ford through the rear passenger doors. The Ford then departed the area and traveled southbound on Pendleton Drive, then turned onto several other surface streets. During this time, DISRUPT agents requested marked BPAs to conduct a vehicle stop for an immigration inspection. The Ford continued eastbound on South River Road.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Oscar Gomez-Hernandez and Antonio Valdez-Reyes

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 12, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from previous page.**

26·09369MJ

Smugglers are known to use this route to access SR 82 and avoid the Border Patrol Immigration checkpoint located on I-19 in Amado, Arizona. Marked BPAs in the area encountered the vehicle on South River Road near SR 82. BPAs activated their emergency equipment to initiate a vehicle stop, to which the vehicle yielded. BPAs approached the vehicle and made contact with the driver, later identified as **Wilberto Jose Nava-Jimenez**, a Venezuelan national. Two passengers were discovered in the vehicle, later identified as Oscar Gomez-Hernandez and Antonio Valdez-Reyes. BPAs performed an immigration inspection of the subjects. The two passengers admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed neither passenger was in possession of the proper documentation to enter, pass through, or remain in the United States. Further checks revealed **Nava-Jimenez** was issued a Notice to Appear in October 2022. The case is currently pending. Further checks also revealed Gomez-Hernandez was previously deported from the United States on May 21, 2026, through Phoenix, Arizona.

Material witness, Gomez-Hernandez, stated he is a citizen of Mexico and crossed the International Boundary Fence (IBF) into the United States on June 10, 2026, during the daylight hours. He climbed the fence with two other people and walked through the brush. He was picked up by a white GMC Sierra, and all three people were dropped off at different locations. He was dropped off in the brush with no food or water. He was in the brush overnight and another person was dropped off in the morning, on June 11, 2026. He already knew what car was picking him up because the person he was with was provided with a description via text message. Gomez-Hernandez was picked up by a black SUV. He was charged between $15,000 USD and $16,000 USD to be smuggled into the United States. He was going to Tennessee to be with his wife and kids. He stated he had a code word of "Arizona" which the smuggling organizations use to determine who he belongs to.

Material witness, Valdez-Reyes, stated he is a citizen of Mexico and crossed the IBF into the United States on June 10, 2026, during the night hours. He climbed the fence by himself and was being navigated by a guide. He was picked up around 9:00 a.m., by a gray car, then dropped off in the brush with no food or water. There was one other person in the brush before he got there. He already knew what car was picking him up because he was provided with a description via text message. He was picked up by a black SUV and the driver spoke Spanish. He paid $250,000 MXN to cross the border, and intended to go to Brooklyn, New York to stay with friends. He did not have a code word the smuggling organizations use to determine who the aliens belong to.

After waiving his *Miranda* rights, **Nava-Jimenez** stated he crossed into the United States almost four years ago through El Paso, Texas, and claimed asylum. He lived in Tucson, Arizona while he waited for his court hearing for his asylum case. He dedicated his time to being an UBER driver to make money. He later admitted that his asylum case was declined. He then claimed that he stayed as a parole status. He needed money and was not making it financially by just working as an UBER driver. He found a post on Facebook asking for drivers. He responded to the post and was told to pick up people in Rio Rico, Arizona. Once he picked up the people, he noticed that he was doing something illegal because they came running out of the brush in the middle of nowhere. He did not care at this point because he needed the money. He would get paid $1,300 USD per person if he made it successfully to Tucson. He was told to travel through Highway 83 to avoid Border Patrol checkpoints. He admitted he was willing to take the risk because he was already in the country illegally and did not care if he was arrested. He was still waiting on another location to pick up an extra person, but he did not get there before being arrested.